```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611080946
Cashier ID: sprinka
Transaction Date: 11/28/2012
Payer Name: wheels of justice inc

CIVIL FILING FEE
 For: CITY OF DEARBORN
 Case/Party: D-CAN-5-12-CV-006039-001
 Amount:         $350.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 12101
 Amt Tendered:  $350.00

Total Due:        $350.00
Total Tendered:   $350.00
Change Amt:       $0.00

LHK

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```