UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALIGN TECHNOLOGY, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 12-CV-06039-LHK<br><br>ORDER SETTING PRELIMINARY CASE SCHEDULE |

The Court has continued the Case Management Conference set for May 30, 2013 to November 21, 2013 at 1:30 p.m. ECF No. 25. Based on the parties' proposal, the Court sets a preliminary case schedule as follows:

Plaintiff shall file an amended complaint no later than July 11, 2013.

Defendants shall file their motion to dismiss within forty-two (42) days of the filing of the amended complaint. Plaintiff shall file its opposition to the motion to dismiss within forty-two (42) days of the filing of Defendants' motion to dismiss. Defendants shall file their reply within twenty-eight (28) days of the filing of Plaintiff's opposition. Defendants' motion to dismiss will be heard on November 21, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 29, 2013

　　　　　　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-06039-LHK
ORDER SETTING PRELIMINARY CASE SCHEDULE