UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM,<br><br>    Plaintiff,<br><br>    v.<br><br>ALIGN TECHNOLOGY, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-06039-WHO<br><br>**ORDER REGARDING MEDIATION**<br><br>Re: Dkt. No. 48 |

In light of the apparent misunderstanding that occurred during the ADR phone conference, and upon the request of the parties, the Court vacates its Order requiring the parties to mediate. Within 60 days following the filing of an answer, or at such earlier time as required in the future by the Court, the parties shall meet and confer and report to the Court regarding their selection of an alternative dispute resolution method and their preference concerning its timing.

**IT IS SO ORDERED**.

Dated: March 3, 2014



WILLIAM H. ORRICK
United States District Judge