UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. 12-cv-06039-BLF<br><br>**ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 53 |

On April 28, 2014, the parties filed a "Joint Case Management Conference Statement" wherein the parties stipulated to a June 12, 2014 hearing date on Defendant's pending "Motion to Dismiss Second Amended Complaint." Dkt. No. 53 at 3:17-18. The stipulation is GRANTED.

Defendant also requested that the Court continue the May 6, 2014 Case Management Conference to the same day as the hearing on the Motion to Dismiss. Plaintiff took no position on this proposal. *Id.* at 3:19-24. Given the early stage of this litigation and the stay of discovery pursuant to 15 U.S.C. §78u-4, the Court finds good cause to continue the Case Management Conference. Accordingly, Defendant's request is GRANTED, and the Case Management Conference is continued to June 12, 2014.

**IT IS SO ORDERED.**

Dated: April 30, 2014

_____
BETH LABSON FREEMAN
United States District Judge